

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-18-00008-CV

| | | |
|---|---|---|
| David Wayne Smith | § | From the 67th District Court |
| | § | of Tarrant County (067-289396-16) |
| v. | | |
| | § | February 15, 2018 |
| State of Texas, Thomas A. Wilder, | § | Opinion by Justice Gabriel |
| Sharen Wilson, Carl J. Lazarus, | | |
| Robb Catalano, Shawn W. Paschall, | | |
| and Matt King | | |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
     Justice Lee Gabriel